# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00304-CR

---

**Daniel Perry, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-21-900007, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Daniel Perry has filed a motion to dismiss his appeal.[1]  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

_____

Edward Smith, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellant's Motion

Filed:  August 27, 2024

Do Not Publish

---

[1]  Texas Rule of Appellate Procedure 42.2(a) allows an appellate court to dismiss an appeal upon the appellant's motion if it is signed by both the appellant and his or her attorney. *See* Tex. R. App. P. 42.2(a).  Although appellant did not sign the motion to dismiss, he subsequently signed and filed a "Consent to Dismiss Appeal."